```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOLETA TAYLOR,                                                JUDGMENT
                                                              01-CV- 6235 (JG)
                        Plaintiff,

    -against-

BETH ISRAEL MEDICAL CENTER,

                                                              ★ SEPT 20 2005 ★

                        Defendant.                            BROOKLYN OFFICE
------------------------------------------------------------X
```

An Order of Honorable John Gleeson, United States District Judge, having been filed on September 16, 2005, granting the defendant's motion for summary judgment for the reasons stated on the record; and directing the Clerk of Court to enter judgment; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting the defendant's motion for summary judgment for the reasons stated on the record.


Dated: Brooklyn, New York
      September 19, 2005

                                                              s/Robert C. Heinemann
                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court